UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>Richard Allen Lindsey, et )<br>al. )<br>Defendant(s) )<br>_____) | CRIMINAL NO. 07mj3011<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06840298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

A.L.A.-C (juvenile)

# 07506298

DATED: 1/15/08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by /s/ Neman
Deputy Clerk