# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　)
　　　　　　Plaintiff　　　　　)
　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　)
Richard Allen Lindsey, et al　)
　　　　　　Defendant(s)　　　)
　　　　　　　　　　　　　　　)

CRIMINAL NO. ___07mj 3011___

ORDER

RELEASING MATERIAL WITNESS

Booking No. 06840298

On order of the United States District/Magistrate Judge,　**CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:　(Bond Posted / Case Disposed / Order of Court)

Laura Caballero-Perez #07507298

DATED: ___1/15/08___

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.　Clerk

by ___(signature)___
　　　Deputy Clerk

RECEIVED _____
　　　　　DUSM

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082